UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES L. HENDERSON, M.D.**                                                                                     **PLAINTIFF**

v.                                                                                      **CIVIL ACTION NO. 3:25-cv-2-DPJ-ASH**

**PATRICIA DUNLAP, M.D.** AND
**WALTER WILLIS, M.D.**                                                                                        **DEFENDANTS**

_____

**ORDER ON DEFENDANTS' MOTION TO AMEND PLEADINGS (ECF NO. 23)**
_____

This cause having come before the Court on the Defendants' Motion to Amend Pleadings, and being fully advised in the premises, the Court finds that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED the Defendants are granted leave to amend the notice of removal and substitution, along with the corresponding exhibits, as set forth in the motion to amend (ECF No. 23). Defendants are instructed to file their Amended Pleadings no later than Friday, April 11, 2025.

SO ORDERED this the 7th day of April, 2025.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE

| Agreed: | Agreed as to Form: |
|---|---|
|  | JAMES L. HENDERSON, M.D. |
| PATRICK A. LEMON |  |
| Acting U.S. Attorney, S.D. Miss. | s/ *Dennis L. Horn* |
|  | Dennis L. Horn (MSB #2645) |
| By: s/ *Andrew R. Norwood* | *Attorney for Plaintiff* |
| Andrew R. Norwood (MSBN 105087) |  |
| Assistant U.S. Attorney |  |
| *Attorney for Defendants* |  |